# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

SENTENCING GUIDELINE ORDER

-vs-

CASE NO. 21-CR-6100

RYAN HOWE a/k/a RYLEA AUTUMN,

                Defendant.

_____

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Brett Harvey |
| DEFENSE ATTORNEY | Steven Slawinski |
| INTERPRETER (YES or NO) | No |
| PLEA DATE | June 24, 2021 |
| SENTENCING DATE | October 4, 2021 at 10:15 a.m. |
| INITIAL PSR DUE | August 20, 2021 <br> (45 DAYS PRIOR TO SENTENCING*) |
| STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | September 10, 2021 <br> (24 DAYS PRIOR TO SENTENCING*) |

Page 1 of 2

| | |
|---|---|
| RESPONSES TO OBJECTIONS MOTIONS DUE | September 20, 2021 |
| | (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | September 24, 2021 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | September 24, 2021 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | September 27, 2021 |
| | (7 DAYS PRIOR TO SENTENCING*) |

*This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply. ANY SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.

NOTE:   MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE

NOTE:  IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

IT IS SO ORDERED.

Dated:  Rochester, New York
        June 24, 2021

ENTER:

*Charles J. Siragusa*
CHARLES J. SIRAGUSA
United States District Judge